# United States District Court
## Violation Notice

CVB Location Code: CA 76

**Violation Number:** 5123404

**Officer Name (Print):** RIPPETOE

**Officer No.:** 1079

5123404

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 3-19-2016, 1500

**Offense Charged:** ☑ CFR ☐ USC ☐ State Code
36 CFR 4.21(c)

**Place of Offense:** WAWONA

**Offense Description: Factual Basis for Charge** HAZMAT ☐

EXCEED SPEED LIMIT
50 MPH IN A 25 MPH ZONE

### DEFENDANT INFORMATION

**Last Name:** HUANG

**First Name:** JING WEI

**M.I.:**

**Tag No.:** 7PEM405

**State:** CA

**Year:** 15

**Make/Model:** HONDA CRV

**PASS:** ☐

**Color:** SIL

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

**B** ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 180   Forfeiture Amount
+ $25 Processing Fee

2016 0319-020

**PAY THIS AMOUNT →** $ 205   Total Collateral Due

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**

**Date (mm/dd/yyyy):**

**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X **Defendant Signature** Jingwei Huang

(Rev. 01/2011)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle.
CDL = Commercial driver's license. CMV = Commercial vehicle involved in incident.

CVB SCAN APR 07, 2016 11:06